# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D17-1999
_____

FLOYD TURNER,

Appellant,

v.

JENNIFER BAKER,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Daniel F. Wilensky, Judge.

April 13, 2018

PER CURIAM.

DISMISSED. *Henderson v. Tandem Health Care of Jacksonville, Inc.*, 898 So. 2d 1191 (Fla. 1DCA 2005). *See generally Bensonhurst Drywall, Inc. v. Ledesma*, 583 So. 2d 1094 (Fla. 4th DCA 1991).

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Floyd Turner, pro se, Appellant.

Jessica Baker, pro se, Appellee.